

FILED

FEB - 9 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

S.E.A. SOLUTIONS CORPORATION

    Plaintiff,

v.                         Civil Action No. 2:10cv64

M/V PETER M, *in rem*,

    Defendant.

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiff, S.E.A. Solutions Corporation ("SEA Solutions"), by and through its undersigned counsel, and Jason Podd, the proposed Substitute Custodian, herby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the M/V PETER M ("Vessel") while in the custody of the Substitute Custodian, Jason Podd ("Substitute Custodian").

The Substitute Custodian has appropriate insurance coverage in place in an amount sufficient to cover the potential loss of the Vessel. SEA Solutions and the Substitute Custodian expressly agree to hold the United States Marshal for this District and the United States Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff, S.E.A. Solutions Corporation, to sign this Consent and Indemnification Agreement for and on behalf said Plaintiff.

_____
David N. Ventker, Esq. V.S.B. No. 29983
Laura M. Grimes, Esq. V.S.B. No. 75998
Ventker & Warman, PLLC
101 West Main Street, Suite 810
Norfolk, VA 23510
Telephone No. (757) 625-1192
Facsimile No. (757) 625-1475
lgrimes@ventkerlaw.com
Counsel for Plaintiff, S.E.A. Solutions Corporation

_____
Jason Podd
56360 Bainbridge Blvd.
Chesapeake, VA 23320
(757) 630-9022