IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



S.E.A. SOLUTIONS CORPORATION

    Plaintiff,

v.                                                  Civil Action No. 2:10cv64

M/V PETER M, *in rem*,

    Defendant.

## MOTION FOR ORDER AUTHORIZING WARRANT OF ARREST AND MEMORANDUM IN SUPPORT

Plaintiff, S.E.A. SOLUTIONS CORPORATION, by and through its undersigned counsel, hereby moves pursuant to Supplemental Rules C and D for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the issue of warrant for arrest of M/V PETER M ("Vessel"), its engines, tackle, furniture, apparel, freights, etc.

This Court should grant the motion based on the Verified Complaint, filed concurrently herewith, as summarized below.

In the Verified Complaint, Plaintiff asserts it is in possession of the Vessel, which has been abandoned and rejected at Plaintiff's principle place of business. Additionally, Plaintiff asserts in its Verified Complaint that it has provided essential services to the Vessel and claims maritime liens against the Vessel in amounts equal to the damages Plaintiff has incurred in this matter. Accordingly, Plaintiff requests that the Vessel be taken into the custody of the Court during the pendency of these proceedings pursuant to Supplemental Rules C and D.

The Vessel is located within, and is expected to remain in, this District.

1

In further support of this motion, Plaintiff submits a draft order for the Court's consideration.

WHEREFORE, Plaintiff respectfully requests this Court to grant its motion.

Dated: Tuesday, February 09, 2010

                                                S.E.A. SOLUTIONS CORPORATION

                                                Counsel for Plaintiff

David N. Ventker, Esq. (VSB #29983)
Laura M. Grimes, Esq. (VSB # 75998)
VENTKER & WARMAN, PLLC
101 West Main Street, Suite 810
Norfolk, Virginia 23510-1687
(757) 625-1192
(757) 625-1475 (facsimile)