IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
FEB 10 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

S.E.A. SOLUTIONS CORPORATION

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Action No. 2:10cv64

M/V PETER M, *in rem*,

    Defendant.

## ORDER GRANTING APPOINTMENT OF SUBSTITUTE CUSTODIAN

THIS CAUSE came before the Court upon the Plaintiff S.E.A. SOLUTIONS CORPORATION's Motion for Appointment of a Substitute Custodian for M/V PETER M. The Court having reviewed the Plaintiff's Motion Memorandum in Support, and being otherwise duly advised in the premises, it is:

ORDERED AND ADJUDGED that the U.S. Marshal for the Eastern District of Virginia, Norfolk Division, be, and is, hereby authorized and directed forthwith to surrender the possession of the M/V PETER M to the Substitute Custodian, Jason Podd, and that upon such surrender the Marshal be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of the said substituted possession and safekeeping;

That Jason Pods be and is hereby appointed Custodian of the M/V PETER M to retain the same in its custody and control for safekeeping; and

That all expenses for the safekeeping of the M/V PETER M shall be deemed an administrative expense of the Marshal.

ENTERED this 10th day of February, 2010.

1

The Clerk is directed to provide certified copies of this Order to all counsel of record and to the Substitute Custodian.

/s/ 
Mark S. Davis
United States District Judge
Judge, United States District Court