IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
FEB 10 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

S.E.A. SOLUTIONS CORPORATION,

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Action No. 2:10cv64

M/V PETER M, *in rem*,

　　　　　Defendant.

## ORDER AUTHORIZING WARRANT
## FOR ARREST OF DEFENDANT VESSEL

Upon reading the Verified Complaint for issue of warrant for arrest of M/V PETER M and good cause appearing therefore, it is by this Court:

ORDERED that the Clerk issue warrant of arrest pursuant to Supplemental Rules C and D for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, in the form such as that which is an Exhibit hereto; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the arrest, attachment or garnishment should not be vacated or other relief granted; and it is further

ORDERED that a copy of this order be attached and served with the said process of arrest and of the process for attachment.

　　　　　Entered this 10th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ DMSD
　　　　　　　　　　　　　　　　　　　　**Mark S. Davis**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**

　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

1