## WARRANT OF ARREST IN ACTION IN REM (VESSEL)

UNITED STATES OF AMERICA : Civil Action No. 2:10cv64

:

EASTERN DISTRICT OF VIRGINIA
Norfolk Division
. . . . . . . . . . . . . . . . . . . .

TO THE MARSHAL OF THE EASTERN DISTRICT OF VIRGINIA - GREETING:

WHEREAS a complaint has been filed by the plaintiff, SEA Solutions Corporation in the United States District Court for the EASTERN DISTRICT OF VIRGINIA on February 9, 2010, against the defendant, M/V PETER M, her engines, freights, tackle, apparel, and equipment ("Vessel"), in rem, upon admiralty and maritime claims for breach of maritime contracts, for maritime torts, and for possession of the vessel, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said Vessel and that all persons interested in the said Vessel may be cited in general and special to answer the premises and all proceedings be had;

NOW THEREFORE, you are hereby commanded to take into your possession the above-named Vessel and to detain the same in your custody until further order of this Court, and that you promptly after execution of this process file same in this Court with your return thereon.

WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Vessel serve his claim to vessel within 14 days after process has been executed, and shall serve an answer within 21 days after the filing of the claim.

Issued this 10th day of February, 2010.

Clerk - U.S. District Court

By: L. HOWARD

Deputy Clerk

Attorneys for plaintiff: Laura M. Grimes, Esq., VENTKER & WARMAN, PLLC, 101 West Main Street, Suite 810, Norfolk, Virginia 23510-1687, (757) 625-1192, (757) 625-1475 (facsimile).

Note: Claimant is required to file claim in the Clerk's office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiff may enter an Interlocutory or Final Judgment as may be proper.

This Warrant is issued pursuant to Rules C and D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.